IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RADHA BHAKTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Defendant. | 8:22CV55<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

This case is before the Court on the parties' October 25, 2022, Stipulated Motion For Dismissal Without Prejudice. Filing 13. The Stipulated Motion is signed by both parties and seeks dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Under District policy, such a dismissal requires an order of the Court. Accordingly,

IT IS ORDERED that the parties' October 25, 2022, Stipulated Motion For Dismissal Without Prejudice, Filing 13, is granted and pursuant to that Stipulated Motion this action is dismissed without prejudice.

Dated this 27th day of October, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge